```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
ANGELIQUE TORRES,                                                    :
                                                                     :
                                Plaintiff,                           :
                                                                     :       20-CV-9092 (JPC)
                -v-                                                  :
                                                                     :       ORDER
COMMISSIONER OF SOCIAL SECURITY,                                     :
                                                                     :
                                Defendant.                           :
                                                                     :
---------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 15, 2020, the Court issued an Order directing the parties to confer and file either a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form or a joint letter advising the Court that the parties do not consent by December 29, 2020. (Dkt. 10.)  The parties have not done so.  The parties are here by ORDERED to comply with the Court's December 15, 2020 Order by February 8, 2021.

SO ORDERED.

Dated: January 25, 2021
       New York, New York                              _____
                                                              JOHN P. CRONAN
                                                          United States District Judge