UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELIQUE TORRES,

                Plaintiff,

    -v-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 9092 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the motion of Plaintiff's counsel, Mr. Olisnky, for attorneys' fees (Dkt. No. 36 (the "Motion")) and has reviewed Mr. Olisnky's affirmation and exhibits in support of the Motion. (Dkt. No. 37). The Court notes that Mr. Olinsky claims that the past due benefits award to Plaintiff totals $149,854.00; however, the Commissioner's notice of the award does not state the total benefit amount to Plaintiff. (See Dkt. Nos. 37 ¶ 4; 37-2). Accordingly, Mr. Olinksy is ORDERED to file a supplemental affirmation by **Thursday, March 12, 2026**, explaining how he calculated the total of $149,854.00 in past due benefits to Plaintiff.

Dated:     New York, New York
           March 5, 2026

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**